FILED
OCT 24 2002
Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

TRAC Team, Inc.,

Plaintiff,

vs.

ALL DAMAGE RECOVERIES, INC.

Defendant.

Case No. 02CV820 E (C)

**COMPLAINT**

COMES NOW TRAC Team, Inc. ("TRAC Team") and for its claims against Defendant, All Damage Recoveries, Inc. ("Defendant"), alleges and states as follows:

1. TRAC Team is a corporation incorporated in the State of Oklahoma, with its principal place of business in Tulsa, Oklahoma.

2. Upon information and belief, Defendant is a Delaware corporation, with its principal place of business in California.

3. The matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy Five Thousand Dollars ($75,000.00), and is between citizens of different states. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

4. Venue is proper in this Court under 28 U.S.C. § 1391.

5. On or about April 2002 TRAC Team entered into a contract with Defendant under which Defendant agreed to perform certain subrogation-related services for TRAC Team.

6. Pursuant to the terms of this agreement, Defendant was to pay certain monies to TRAC Team.

7. Defendant has breached its agreement with TRAC Team, and currently owes TRAC Team more than $150,000.00.

8. TRAC Team expects that additional damages will accrue, for which TRAC Team will seek recovery in this lawsuit.

9. TRAC Team is entitled to recover pre and post judgment interest, its costs and a reasonable attorney fee.

WHEREFORE, TRAC Team requests that the Court enter judgment in its favor and against Defendant in an amount to be proved at trial, plus pre and post judgment interest, its costs, a reasonable attorney fee and all other relief to which it is entitled.

Respectfully submitted,

Michael J. Gibbens, OBA # 3339
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston
Tulsa, Oklahoma 74103-3313
(918) 592-9800
(918) 592-9801 FAX

ATTORNEYS FOR PLAINTIFF
TRAC Team, Inc.